

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-16-00337-CR

**EX PARTE** Jennifer **RODRIGUEZ**

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's June 3, 2016 order denying habeas relief is AFFIRMED.

SIGNED February 15, 2017.

_____
Karen Angelini, Justice